1  Christian De Olivas
2  CalBarNo. 249608
   De Olivas Law Firm, APLC
3  200 N. Bradford Ave., Suite L
   Placentia, CA 92870
4  Telephone: (714) 646-3314
   Facsimile:  (714) 646-3721

FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 307-mj-02939-WMC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| Jaime Alfonso Zebada-Rodriguez | |
| Defendant | |

Jaime Alfonso Zebada-Rodriguez hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Mahir Tuwfik Sherif.

DATED: 1/6/08

DEFENDANT
JAIME ALFONSO ZEVADAR

I consent to the above substitution.

DATED: 1/10/08.

_____ (MSC T-Sherif)
PRESENT ATTORNEY

307-mj-02939-WMC

1

1  //

2  I am duly admitted to practice in this district.

3  I accept the above substitution.

5  DATED: 01/10/08 _____

6  NEW ATTORNEY

8  Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE
9  COURT.

11  DATED:               APPROVED:
12  1/10/08              _____
13                       UNITED STATES DISTRICT COURT MAGISTRATE

2

307-MJ-02939-WMC